**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DWIGHT A. NICHOLSON**                                                              **PLAINTIFF**

V.                              **CASE NO.: 4:10CV01427 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                   **DEFENDANT**

## JUDGMENT

The decision of Michael J. Astrue, Commissioner, Social Security Administration, is affirmed in part and reversed in part and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 19th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE